# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2014

### NO. 03-11-00833-CV

**Nathan Edward Schell, Appellant**

**v.**

**Krystal Woolery Schell, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the decree signed by the trial court on November 29, 2010. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.